## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 20-0252

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

NATHAN EDWARD HOWARD,
JOHNATHAN HETTINGER, and
JOSEPH BULLINGTON,

      Defendant and Appellant.

### GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 14, 2022, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 7 2022